FILED
2021 DEC 14 PM 1:54
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LYNN A. DAVID, an individual, and THE LAD COMPANY CO dba THE HIKING INN,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWAY CITY, a municipality and a political subdivision of the State of Utah; WASATCH COUNTY, a political subdivision of the State of Utah; ERIK K. MECHAM; and JOHN DOES 1-20;<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:20-cv-00066-BSJ<br><br>Judge Bruce S. Jenkins |

Defendant Wasatch County's Motion for Summary Judgment[1] against Plaintiffs Lynn David and the LAD Company dba The Hiking Inn is hereby GRANTED and all remaining claims against Defendant are dismissed.

Dated this 14th day of December, 2021.

By the Court

---

[1] ECF No. 54.